# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**INCENTIVE MARKETING, INC.,**

    Plaintiff,

vs.                                   CASE NO. 1:09CV179-SPM/AK

**WAL-MART STORES, INC.,**

    Defendant.

_____/

## O R D E R

Presently before the Court is Defendant's Unopposed Motion for Brief Enlargement of Time to Complete Certain Discovery. (Doc. 29). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and discovery shall be extended through **March 5, 2010**, for the limited purpose of completing non-party depositions as set forth in the motion.

**DONE AND ORDERED** this 22nd day of February, 2010.

                              _s/ Stephan P. Mickle_
                              Stephan P. Mickle
                              Chief United States District Judge