UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INCENTIVE MARKETING, INC.,
d/b/a The Gator Shop, a Florida
corporation,

        Plaintiff,

v.                               CASE NO.: 1:09cv179-SPM/AK

WAL-MART STORES, INC.,
an Arkansas corporation,

        Defendant.
_____/

## ORDER EXTENDING MEDIATION DEADLINE

      Upon consideration, the parties' Joint Motion for Extension of Time to

Conduct Mediation (doc. 32) is granted. The mediation deadline is extended to

March 10, 2010.

      SO ORDERED this 24th day of February, 2010.


                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge