UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INCENTIVE MARKETING, INC.,
d/b/a The Gator Shop, a Florida
corporation,

    Plaintiff,

v.                                CASE NO.: 1:09cv179-SPM/AK

WAL-MART STORES, INC.,
an Arkansas corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 37), advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

    1.    This case is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 12th day of March, 2010.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge